JS-6

1  Jacob Cutler (SBN 264988)
   jcutler@slpattorney.com
2  **STRATEGIC LEGAL PRACTICES**
   **A PROFESSIONAL CORPORATION**
3  1840 Century Park East, Suite 430
4  Los Angeles, CA 90067
   Telephone:  (310) 929-4900
5  Facsimile:   (310) 943-3838

6  Attorney for Plaintiffs
7  SAVANNAH PLASCH and RANDALL
   HERTEL
8
   Spencer P. Hugret (SBN 240424)
9  shugret@gordonrees.com
   **GORDON & REES LLP**
10 275 Battery Street, Suite 2000
   San Francisco, California 94111
11 Telephone:  (415) 986-5900
12 Facsimile: (415) 986-8054

13 Attorney for Defendant
   FORD MOTOR COMPANY
14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAVANNAH PLASCH and RANDALL HERTEL,<br><br>      Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br>      Defendants. | Case No.: 2:18-CV-01322-AB-FFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE** |

---

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE
Case No.: 2:18-cv-01322-AB-FFM

1
2
3
4   Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation. Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of Court shall terminate the case.

5   **IT IS SO ORDERED**

6
7   Dated:  May 26, 2020

8   _____
9   United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28